[No. 52747-9-I. Division One. December 6, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM B. MCCONNELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-05061-6, Donald D. Haley, J., entered July 28, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52902-1-I. Division One. December 6, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MANUEL ANTONIO ABREGO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-08414-8, Anthony P. Wartnik, J., entered August 15, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53106-9-I. Division One. December 6, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. KELLY FLETCHER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-04181-1, Paris K. Kallas, J., entered September 8, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53275-8-I. Division One. December 6, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. FIKRO KALIFA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-07251-2, Steven C. Gonzalez, J., entered October 17, 2003. *Affirmed* by unpublished per curiam opinion.